# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

MAY 2008 GRAND JURY
(Empaneled 11/07/08)

THE UNITED STATES OF AMERICA

-vs-

SHANE C. BUCZEK,

**Defendant**

**Violation:**

Title 18, United States Code, Section 401(3) (Nine Counts)

**THE GRAND JURY CHARGES THAT:**

**ON OR ABOUT** September 5, 2008, as an additional term of his release in United States v. Shane Buczek, 08-CR-54S, the United States District Court for the Western District of New York entered an Order Setting Additional Terms of Release which, in pertinent part, read as follows:

> **ORDERED** that the defendant shall not have any contact with the Internal Revenue Service (to include Revenue Officer Gilbert Reyes) concerning any matter other than his personal liability to file any return or to pay any tax imposed by the United States, and in the event the defendant has occasion to contact the Internal Revenue service concerning his personal liability to file a return or pay a tax, he shall not contact the Internal Revenue Service by phone, in person, or through a third party without giving Pretrial Services written notice of said contact at least one business day prior to the contact, and he shall not send any

>    document or correspondence to the Internal
>    Revenue Service without providing Pretrial
>    Services with a copy of that document at least
>    two business days before sending it.

**THEREAFTER**, the defendant met with a Probation Officer who provided the defendant with a copy of the aforementioned Order and explained it to the defendant, which included an explanation of the possible consequences of disobeying the Order.

**AT NO TIME** material to this indictment was the Internal Revenue Service pursuing any matter relating to the defendant's, **SHANE C. BUCZEK's**, personal liability to file any return or to pay any tax imposed by the United States.

**THEREAFTER**, on or about the date set forth in each count, in the Western District of New York, the defendant, **SHANE C. BUCZEK**, unlawfully and knowingly disobeyed the Court's September 5, 2008 Order, the same being a lawful writ, order, decree and command of the Court, by sending correspondence, documents and written materials to the Internal Revenue Service without providing Pretrial Services with that correspondence, documents and written material.

    **COUNT ONE:**    December 20, 2008

    **COUNT TWO:**    December 31, 2008

**COUNT THREE:** December 31, 2008

**COUNT FOUR:** January 3, 2009

**COUNT FIVE:** January 9, 2009

**COUNT SIX:** January 9, 2009

**COUNT SEVEN:** January 9, 2009

**COUNT EIGHT:** January 9, 2009

**COUNT NINE:** January 15, 2009

**EACH SENDING** being in violation of subsection 3 of Section 401 of Title 18 of the United States Code.

DATED: Buffalo, New York, May 7, 2009.

            KATHLEEN M. MEHLTRETTER
            Acting United States Attorney


     By:  S/ANTHONY M. BRUCE
           ANTHONY M. BRUCE
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York  14202
           (716) 843-5700, ext. 886
           Anthony.M.Bruce@usdoj.gov


**A TRUE BILL:**


S/FOREPERSON
FOREPERSON